UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA A. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 303CV0025-AWT |
| v. ) | |
| ) | |
| IE ENGINE, INC., ) | |
| ) | |
| Defendant. ) | December 3, 2003 |

**JOINT MOTION TO EXTEND
DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS**

The parties hereby jointly request that the Court extend the current pre-trial deadlines. In support of this Motion, the parties state the following:

1. As per the Court's Order, granted on April 28, 2003, discovery is currently scheduled to be completed by December 15, 2003, and motions for summary judgment are currently due on February 13, 2004. In addition, the Court had indicated that it would issue a Joint Trial Memorandum Order after the dispositive motions deadline has passed.

2. Beginning in May 2003, the parties worked diligently to take discovery by exchanging initial disclosures as required by Fed. R. Civ. P. 26(a), serving and responding to interrogatories and document requests, and noticing depositions.

3. In early September 2003, prior to the commencement of any depositions, the parties entered into settlement discussions in an attempt to resolve their dispute. The parties informally stayed discovery pending settlement negotiations so that they would not unnecessarily expend time and money on discovery in the event settlement was reached.

1

4.	The parties have been unable to resolve their dispute through settlement negotiations and have resumed discovery.  Due to scheduling conflicts, the parties will be unable to commence the depositions of members of defendant's management in December or January.  Such depositions have been tentatively scheduled for February 4, 2004 through February 6, 2004, pending the Court's approval of this motion.  In addition, the parties are attempting to schedule the plaintiff's deposition for a date in mid-January 2004.  As the discovery period is set to close on December 15, 2003, the parties request an extension of the discovery and other pre-trial deadlines so as to allow the parties to take and complete depositions and any other discovery that either party deems necessary.

5.	No party will be prejudiced by this extension.

6.	This request is the first such request in this case.

WHEREFORE, the parties jointly request that the Court modify the pretrial schedule as follows:

| | |
|---|---|
| Close of discovery | February 9, 2004 |
| Filing of summary judgment motions | April 9, 2004 |

Respectfully submitted by,

| | |
|---|---|
| PLAINTIFF LINDA MOORE | DEFENDANT IE-ENGINE, INC. |
| By her attorneys, | By its attorneys, |
| _____ | _____ |
| Craig T. Dickinson (ct 18053) | Jonathan B. Orleans (ct 05440) |
| MADSEN, PRESTLEY & PARENTEAU, LLC | Sarah W. Poston (ct 19702) |
| 44 Capitol Ave., Suite 201 | ZELDES, NEEDLE & COOPER |
| Hartford, CT 06106 | A Professional Corporation |
| (860) 246-2466 | 1000 Lafayette Boulevard |
| | Bridgeport, CT 06604 |
| | (203) 332-5778 |
| | |
| | Laura E. Schneider (ct 24589) |
| | Jamie E. Balanoff (ct 24590) |
| | HALE AND DORR LLP |
| | 60 State Street |
| | Boston, MA 02109 |
| | (617) 526-6000 |

3

# CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Craig T. Dickinson, Esq.
>Peter B. Prestley, Esq.
>Madsen, Prestley & Parenteau, LLC
>44 Capitol Ave., Suite 201
>Hartford, CT 06106

Dated at Bridgeport, Connecticut on this 3rd day of December, 2003.

_____
Jonathan B. Orleans

NEWYORK 83502v1