ORIGINAL
14

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2003 DEC -4  A 10: 44

US DISTRICT COURT
HARTFORD CT

_____
                                                        )
LINDA A. MOORE,                       )
                                                        )
                        Plaintiff,         )
                                                        )   Civil Action No. 303CV0025-AWT
v.                                                   )
                                                        )
IE ENGINE, INC.,                        )
                                                        )
                        Defendant.       )   December 3, 2003
_____)

**JOINT MOTION TO EXTEND**
**DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS**

The parties hereby jointly request that the Court extend the current pre-trial deadlines. In support of this Motion, the parties state the following:

1.        As per the Court's Order, granted on April 28, 2003, discovery is currently scheduled to be completed by December 15, 2003, and motions for summary judgment are currently due on February 13, 2004. In addition, the Court had indicated that it would issue a Joint Trial Memorandum Order after the dispositive motions deadline has passed.

2.        Beginning in May 2003, the parties worked diligently to take discovery by exchanging initial disclosures as required by Fed. R. Civ. P. 26(a), serving and responding to interrogatories and document requests, and noticing depositions.

3.        In early September 2003, prior to the commencement of any depositions, the parties entered into settlement discussions in an attempt to resolve their dispute. The parties informally stayed discovery pending settlement negotiations so that they would not unnecessarily expend time and money on discovery in the event settlement was reached.

Extensions GRANTED, absent objection. Discovery shall be completed by February 9, 2004. Dispositive motions, if any, shall be filed on or before April 9, 2004. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/03

NEW YORK 83502v1

1