UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

|  |  |
|---|---|
| LINDA A. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 303CV0025-AWT |
| | ) |
| IE-ENGINE INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to dismiss the above-captioned action, with prejudice, with the parties each bearing their own attorney's fees and costs.

PLAINTIFF LINDA A. MOORE
By her attorneys,

Craig T. Dickinson, Esq. (ct 18053)
MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106
(860) 246-2466

DEFENDANT IE-ENGINE INC.
By its attorneys,

Laura E. Schneider (ct 24589)
Jamie E. Balanoff (ct 24590)
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Jonathan B. Orleans (ct 05440)
Sarah W. Poston (ct 19702)
ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT 06604
(203) 332-5778

Dated: 2/11/04

Dated: 2/5/04